MELVIN THOMPSON V. THE STATE.

No. 19732. Delivered April 13, 1938.
Rehearing denied May 18, 1938.

The opinion states the case.

*Gray & Pope,* of Tyler, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

KRUEGER, JUDGE.—Conviction is for possession of liquor for purpose of sale in dry area; punishment, a fine of $150.00 and confinement in the county jail for sixty days.

The record fails to show that notice of appeal was given and entered upon the minutes of the trial court. In the absence of such a showing, this Court is without jurisdiction to hear and determine matters sought to be presented for review. See Long v. State, 3 Texas Crim. Rep. 321; Lenox v. State, 55 Texas Crim. Rep. 259; Roberts v. State, 99 Texas Crim. Rep. 492; Article 827, C. C. P.

The attempted appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

ON MOTION TO REINSTATE APPEAL.

GRAVES, JUDGE.—Appellant offers us nothing new in his motion for a rehearing. It is our opinion that the cause was properly disposed of in our original opinion herein. Therefore his motion is overruled.